**Robert TARPLEY, Plaintiff–Appellant**

v.

**Scott FISHER, Warden, Defendant–Appellee.**

No. 14–3660.

United States Court of Appeals, Eighth Circuit.

Submitted: April 23, 2015.

Filed: April 28, 2015.

Robert Tarpley, Sandstone, MN, pro se.

Ann M. Bildtsen, Gregory G. Brooker, Erika Renea Mozangue, U.S. Attorney's Office, Minneapolis, MN, for Defendant–Appellee.

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommenda-

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

**PER CURIAM.**

Federal inmate Robert Tarpley appeals from the order of the District Court[1] denying his 28 U.S.C. § 2241. After careful de novo review, we conclude that the District Court properly denied Tarpley's petition for the reasons explained by that court. *See Mitchell v. U.S. Parole Comm'n,* 538 F.3d 948, 951 (8th Cir.2008) (per curiam) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

tions of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.